# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2943 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 138 DB 2022 |
| Petitioner | : | |
| | : | Attorney Registration No. 85756 |
| v. | : | |
| | : | (Philadelphia) |
| | : | |
| PEARLETTE VIVIAN TOUSSANT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2023, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Pearlette Vivian Toussant is suspended on consent from the Bar of this Commonwealth for a period of one year. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).